UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANASTASIA CHAPRALIS, in individual and representative capacity as trustee of the Anastasia Chapralis Trust; STEVE W. CHAPRALIS, in individual and representative capacity as trustee of the Steve W. Chapralis And Irene D Chapralis 2019 Intervivos Trust; SEONG IK KIM; HYUN JOO HWANG,<br><br>    Defendants. | Case No.: 4:22-cv-00161-JSW<br><br>**ORDER** CONTINUING DEADLINES AND REQUIRING JOINT STATUS REPORT |

**<u>ORDER</u>**

CONTINUES ALL DEADLINES FOR 75 DAYS

The Court hereby ~~vacates all currently set dates~~, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The parties shall file a joint status report on May 25, 2022 if a dismissal is not on file by May 10, 2022.

**IT IS SO ORDERED.**

Dated: March 11, 2022

*Jeffrey S. White*

HONORABLE JEFFREY S. WHITE
United States District Judge

Notice of Settlement      -1-      4:22-cv-00161-JSW